832

*General Quinn, Robert S. Erdahl* and *Josephine H. Klein* for the United States. 

No. 31, Misc. BLAHA *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 33, Misc. HARTNETT *v.* HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 36, Misc. WILSON *v.* RAGEN, WARDEN. Circuit Court of St. Clair County, Illinois. Certiorari denied.

No. 37, Misc. WILLIAMS *v.* RAGEN, WARDEN. Circuit Court of St. Clair County, Illinois. Certiorari denied.

No. 38, Misc. COBB *v.* HUNTER, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for respondent. 

No. 40, Misc. ALLEN *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 42, Misc. EATON *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 43, Misc. GOOCH *v.* WILHITE, PRESIDING JUDGE. Circuit Court of Scott County, Illinois. Certiorari denied.

No. 44, Misc. HRYCIUK *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.